# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4142

_____

John Anthony Spencer

*Plaintiff - Appellant*

v.

Warden FPC Duluth; CO Anderson; CO Baker; CO Gravdal; CO Brian H;
Unknown CO with CO Baker on 12-19-12; Mail Room Staff of Dec. 12, 2012;
FPC Duluth; Chris Nickrenz; Patrick Thyen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: September 18, 2017
Filed: September 21, 2017
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate John Spencer appeals the district court's[1] adverse grant of

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the
District of Minnesota, adopting the report and recommendations of the Honorable

summary judgment in his civil rights action filed under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Following careful *de novo* review of the record, we agree with the district court that defendants were entitled to summary judgment on Spencer's due process, denial-of-court-access, and retaliation claims for the reasons cited in the magistrate judge's report. We also find no abuse of discretion in the denial of appointment of counsel. The judgment is affirmed. *See* 8th Cir. R. 47B.

————————————————

Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.